## IN RE: CLIENT SECURITY FUND COMMITTEE

Supreme Court of Arkansas
Opinion delivered June 24, 1999

PER CURIAM. Bill W. Bristow, Esq., of Jonesboro, First Congressional District, is hereby appointed to the Client Security Fund Committee for a five-year term to expire on July 31, 2004.

The Court thanks Mr. Bristow for accepting appointment to this most important Committee.

The Court expresses its appreciation to Mr. Richard A. Jarboe, Esq., whose term has expired, for his years of service to this Committee.

## IN RE: SUPREME COURT COMMITTEE on CIVIL PRACTICE

Supreme Court of Arkansas
Delivered July 8, 1999

PER CURIAM. Katharine Day Wilson, Attorney at Law, of Batesville, Thomas H. McGowan, Esq., of Little Rock, and James M. Pratt, Jr., Esq., of Camden are reappointed to the Supreme Court Committee on Civil Practice for three-year terms to expire on July 31, 2002.

The Court thanks Ms. Wilson, Mr. McGowan, and Mr. Pratt for accepting reappointment to this important Committee.